UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 30, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. MAG. 10-0290-KJN |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER FOR RELEASE OF |
| NHAT HOANG, | ) | PERSON IN CUSTODY |
| Defendant. | ) | |
| | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release NHAT HOANG, Case No. MAG. 10-0290-KJN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $150,000.00

    _X_   Unsecured Appearance Bond (Interim - $150,000.00)

    _X_   $120,000.00 Secured Appearance Bond and $30,000.00 Unsecured Bond

    _X_   (Other) Conditions as stated on the record.

    _X_   (Other) The secured bond paperwork is to be filed by 10/29/10.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   09-30-10   at 4:11 pm

By _____
Edmund F. Brennan
United States Magistrate Judge