DAVID D. FISCHER, SBN 224900
Attorney at Law
980 9th Street – 16th Floor
Sacramento, CA 95814
Telephone:   (916) 447-8600
Fax:             (916) 930-6482
E-Mail:        davefischer@yahoo.com

Attorney for Defendant
NHAT HOAHG

# IN THE UNITED STATES OF DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>NHAT HOANG,<br><br>        Defendant. | CR.S. No. 2:10-MJ-290 KJN<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE**<br><br>Judge: Hon. Edmund F. Brennan |

   NHAT HOANG, by and through her counsel, DAVID D. FISCHER, the United States Government, by and through its counsel, TODD D. LERAS, Assistant United States Attorney, and BECKY FIDELMAN, United States Pretrial Services Officer, hereby agree to modify the defendant's condtions of release as follows:  Special condition number eight, "You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer" shall be <u>deleted</u>.

   The primary reason for this modification is that the defendant has many health problems that prevent her from seeking and/or maintainng employment.

1    Accordingly, all parties and Ms. Hoang agree to this modification.

3  Dated:  October 7, 2010

5                                                          Respectfully Submitted,

7                                                          /s/David D. Fischer
                                                           _____
8                                                          DAVID D. FISCHER
9                                                          Attorney for Defendant
                                                           NHAT HOANG

13                                                         BENJAMIN B. WAGNER
                                                           United States Attorney

15  DATE:  October 7, 2010
                                                           /s/  David D. Fischer for
16                                                         _____
17                                                         TODD D. LERAS
                                                           Assistant United States Attorney

21  Date:  October 7, 2010                                 /s/ David D. Fischer for
                                                           _____
22                                                         BECKY FIDELMAN
23                                                         United States Pretrial Services Officer

25       **SO ORDERED.**

27  Dated:  October 7, 2010
                                                           _____
28                                                         HON. EDMUND F. BRENNAN
                                                           United States Magistrate Judge